RC/195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: Tameka L. Alexander      CASE NO: 4:08-bk-14846 T

Chapter 13

## ORDER TO DISMISS

COMES NOW THE COURT, and finds that an Order was entered in the above styled case on 03/26/2009 which required the Debtor to make specific payments to the Trustee. The Order further provided that the case was to be dismissed if the monies were not submitted as required. From the Court's records herein, and from statements and arguments of counsel, the Court hereby finds that the monies have not been submitted, and therefore, the case should be, and it hereby is dismissed for failure of the Debtor to comply with the Court's order of 03/26/2009.

Date: 09/11/2009      /s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Danyelle J. Walker
323 Center Street
Ste 1315
Little Rock, AR 72201

Tameka L. Alexander
11 Continental Circle
Little Rock, AR 72209

All Creditors